IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL GRIFFIN,

    Plaintiff,

v.

NEXT COMPOSITE SOLUTIONS, INC.,

    Defendant.

Case No. 25-cv-873 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/8/2026**      **MONICA A. STUMP, Clerk of Court**

    **s/ Tina Gray, Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**